AO 91 (Rev. 11/11)  Criminal Complaint

United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT

FEB 1 6 2022

for the

Southern District of Texas

Nathan Ochsner, Clerk

| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  M-22-343-M |
| Arthur Michael GONZALEZ (U.S.C. / Y.O.B. 1999) | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____February 4, 2022_____ in the county of _____Hidalgo_____ in the

_____Southern_____ District of _____Texas_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| Title 18 U.S.C. Section 922(a)(6) | It shall be unlawful for any person in connection with the acquisition or attempted acquisition of any firearm or ammunition from a licensed importer, licensed manufacturer, licensed dealer, or licensed collector, knowingly to make any false or fictitious oral or written statement or to furnish or exhibit any false, fictitious, or misrepresented identification, intended or likely to deceive such importer, manufacturer, dealer or collector with respect to any fact material to the lawfulness of the sale or other disposition of such firearm or ammunition under the provisions of this chapter. |

This criminal complaint is based on these facts:

Submitted by reliable electonic means, sworn to and attested to telephonically per Fed.R.Cr.P.4.1. and probable cause:

☑ Continued on the attached sheet.

Reviewed and approved by AUSA Sarina DiPiazza

/S/ Alexander Estrada

*Complainant's signature*

Alexander Estrada, Special Agent, ATF

*Printed name and title*

Date: _February 16, 2022_  **8:24 PM**

*Judge's signature*

City and state: _____McAllen, TX_____

Nadia S. Medrano, U.S. Magistrate Judge

*Printed name and title*

AO 91 (Rev. 02/09) Criminal Complaint

## ATTACHMENT A

This affidavit is in support of a criminal complaint charging Arthur Michael GONZALEZ ("GONZALEZ") with criminal violations. The evidence available to me demonstrates that there is probable cause that GONZALEZ violated Title 18 U.S.C. Section 922(a)(6).

Further, the Affiant states as follows:

Previously, on or about February 4, 2022, your affiant received information regarding the attempted purchase of an AK47-type rifle by GONZALEZ from a Federal Firearms Licensee (FFL) dealer located in Mission, Texas.

On February 16, 2022, ATF Agents made contact with GONZALEZ at his residence in San Juan (TX) and subsequently interviewed GONZALEZ.

During the non-custodial interview of GONZALEZ, GONZALEZ admitted that he had attempted the straw purchase of a AK47-type rifle on February 4, 2022. GONZALEZ stated prior to the attempt, GONZALEZ was offered $300.00 to purchase a firearm on behalf of another individual by a different co-conspirator. GONZALEZ stated because the firearm was not transferred, he was not paid $300.00 and it was a waste of time.

Specifically, GONZALEZ admitted to lying on question 21(a) of the ATF Form 4473 when he checked the box as the actual buyer of the firearm(s) when he knew the purchase of a Century Arms, VSKA, 7.62 caliber rifle was actually for the co-conspirator, your Affiant had previously identified as Cristopher TIJERINA.

As a result, Arthur Michael GONZALEZ committed an offense against the United States by straw purchasing both firearms, causing, in connection with the acquisition of firearms from licensed dealers, knowingly made false written statements and representations intended or likely to deceive such licensed dealers with respect to facts material to the lawfulness of the sale of such firearm in violation of Title 18 U.S.C. Sections 922(a)(6).

The above-mentioned violation occurred in Southern District of Texas.